Oscar **HERNANDEZ**, Petitioner,

v.

Eric H. **HOLDER**, Jr., Attorney General, Respondent.

No. 05–77234.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 14, 2009.*

Filed Oct. 1, 2009.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

Oscar Hernandez, Phoenix, AZ, pro se.

District Counsel Phoenix, Esquire, Office of the District Director, U.S. Department of Homeland Security, Phoenix, AZ, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Elizabeth J. Stevens, Assistant Director, Regan Hildebrand, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, for Respondent.

Before: SILVERMAN, RAWLINSON and CLIFTON, Circuit Judges.

MEMORANDUM **

Oscar Hernandez, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' decision dismissing his appeal from an Immigration Judge's ("IJ") decision denying his motion to continue and ordering him removed. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to continue. *Sandoval–Luna v. Mukasey*, 526 F.3d 1243, 1246 (9th Cir.2008). We deny the petition for review.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

The IJ did not abuse his discretion in denying Hernandez's request for a continuance where the IJ had previously granted several continuances and correctly concluded that petitioner's 1998 conviction barred him from any form of relief. *See Sandoval–Luna*, 526 F.3d at 1247.

We may not consider the documents attached to petitioner's opening brief. *See* 8 U.S.C. § 1252(b)(4)(A).

**PETITION FOR REVIEW DENIED.**